**FOR PUBLICATION**

```
             IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. THOMAS & ST. JOHN


In re:                          )
                                )
INNOVATIVE COMMUNICATION        )
COMPANY, LLC, et al.            )      Civil No. 2007-105
                                )                 2007-106
          Debtor.               )                 2007-156
                                )
------------------------------- )      Re: Bkrtcy. No. 2006-30008, &
                                )          Bkrtcy. No. 2006-3009
In re:                          )
                                )
JEFFREY J. PROSSER              )
                                )
          Debtor.               )
_____ )
```

**ATTORNEYS:**

**Michael J. Lichtenstein, Esq.**
Rockville, MD
    *For Jeffrey J. Prosser,*

**Robert F. Craig, Esq.**
Omaha, NE
    *For Jeffrey J. Prosser,*

**Thomas Alkon, Esq.**
St. Croix, U.S.V.I.
    *For Jeffrey J. Prosser,*

**Richard H. Dollison, Esq.**
St. Thomas, U.S.V.I.
    *For Greenlight Capital Qualified, L.P., Greenlight Capital,*
    *L.P., Greenlight Capital Offshore, Ltd.,*

**Thomas J. Allingham II, Esq.**
Wilmington, DE
    *For Greenlight Capital Qualified, L.P., Greenlight Capital,*
    *L.P., Greenlight Capital Offshore, Ltd.,*

**Charles S. Russell, Jr., Esq.**

*In re: Innovative Communication Company, LLC, et al. and*
*In re: Jeffrey J. Prosser*
Civil No. 2007-105, Civil No. 2007-106, & Civil No. 2007-156
Order
Page 2

St. Thomas, U.S.V.I.
    *For Rural Telephone Finance Cooperative*,

**William R. Greendyke, Esq.**
Houston, TX
    *For Rural Telephone Finance Cooperative.*

## **ORDER**

**GÓMEZ, C.J.**

    The appellant, Jeffrey J. Prosser ("Prosser"), has moved to stay certain orders entered by the United States Bankruptcy Court for the District of the Virgin Islands pending appeal. Alternatively, Prosser requested a temporary restraining order and preliminary injunction prohibiting Stan Springel ("Springel"), trustee for Innovative Communication Company, LLC ("ICC-LLC") and Emerging Communications, Inc. ("Emerging"), and James P. Carroll ("Carroll"), trustee for Prosser (together with Springel, the "Trustees") from selling or otherwise disposing of any property or assets of the bankruptcy estates of ICC-LLC, Emerging, or Prosser. Finally, Prosser requested expedited hearing on his pending motions.

    The identical motions were filed in three matters before this Court: Civil No. 2007-105, Civil No. 2007-106, and Civil No. 2007-156. On April 30, 2008, the Court entered a Memorandum

*In re: Innovative Communication Company, LLC, et al.* and
*In re: Jeffrey J. Prosser*
Civil No. 2007-105, Civil No. 2007-106, & Civil No. 2007-156
Order
Page 3

Opinion and Order denying Prosser's several motions. The April 30, 2008, Memorandum Opinion and Order was inadvertently filed only in Civil No. 2007-156. However, the April 30, 2008, Memorandum Opinion and Order, which addressed the identical motions in Civil No. 2007-105, Civil No. 2007-106, and Civil No. 2007-156, should have also been filed in Civil No. 2007-105 and Civil No. 2007-106.

To ensure a clear record of the proceedings, it is hereby

**ORDERED** that, as of the date of this Order, the April 30, 2008, Memorandum Opinion and Order filed in Civil No. 2007-156 at docket numbers 40 and 41 are deemed filed in Civil No. 2007-105 and Civil No. 2007-106.

S/_____
   **Curtis V. Gómez**
   **Chief Judge**