**FOR PUBLICATION**

    IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
      DIVISION OF ST. THOMAS & ST. JOHN

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| INNOVATIVE COMMUNICATION | ) | **Civil No. 2007-106** |
| COMPANY, LLC, *et al.* | ) | |
| | ) | **Case No. 06-30008 (JKF)** |
|    Debtor. | ) | |
| _____ | ) | |
| | ) | |
| **In re:** | ) | **Civil Nos. 2007-105** |
| | ) |    2007-156 |
| JEFFREY J. PROSSER | ) | |
| | ) | **Case No. 06-30009 (JKF)** |
|    Debtor. | ) | |
| _____ | ) | |

**ATTORNEYS:**

**Michael J. Lichtenstein, Esq.**
Rockville, MD
  *For Jeffrey J. Prosser*,

**Robert F. Craig, Esq.**
Omaha, NE
  *For Jeffrey J. Prosser,*

**Thomas Alkon, Esq.**
St. Croix, U.S.V.I.
  *For Jeffrey J. Prosser,*

**A. Jeffrey Weiss, Esq.**
St. Thomas, U.S.V.I.
  *For Jeffrey J. Prosser*,

**Richard H. Dollison, Esq.**
St. Thomas, U.S.V.I.
  *For Greenlight Capital Qualified, L.P., Greenlight Capital,*
  *L.P., Greenlight Capital Offshore, Ltd.,*

**Thomas J. Allingham II, Esq.**
Wilmington, DE
  *For Greenlight Capital Qualified, L.P., Greenlight Capital,*
  *L.P., Greenlight Capital Offshore, Ltd.,*

*In re: Innovative Communication Company, LLC, et al.*
Civil Nos. 2007-105, 2007-106, 2007-156
Order
Page 2

**Charles S. Russell, Jr., Esq.**
St. Thomas, U.S.V.I.
    *For Rural Telephone Finance Cooperative,*

**J. Daryl Dodson, Esq.**
St. Thomas, U.S.V.I.
    *For Rural Telephone Finance Cooperative,*

**William R. Greendyke, Esq.**
Houston, TX
    *For Rural Telephone Finance Cooperative,*

**Jeffrey K. Cymbler, Esq.**
New York, NY
    *For James P. Carroll, Chapter 7 Trustee,*

**Michaela C. Crocker, Esq.**
**Daniel C. Stewart, Esq.**
Dallas, TX
    *For Stan Springel, Chapter 11 Trustee and Innovative Communication Company, LLC,*

**Craig V. Rasile, Esq.**
Miami, FL
    *For Stan Springel, Chapter 11 Trustee and Innovative Communication Company, LLC.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the emergency motion of the debtor-appellant, Jeffrey J. Prosser, for a stay pending appeal of this Court's May 30, 2008, ruling to the United States Court of Appeals for the Third Circuit. For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

*In re: Innovative Communication Company, LLC, et al.*
Civil Nos. 2007-105, 2007-106, 2007-156
Order
Page 3

      **ORDERED** that the motion is **DENIED.**


                                      S_____
                                        **CURTIS V. GÓMEZ**
                                          **Chief Judge**